**FILED**

02/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0090

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0090

ORIGINAL

IN THE MATTER OF THE APPOINTMENT
OF MEMBERS TO THE COMMISSION ON
PRACTICE OF THE SUPREME COURT OF
THE STATE OF MONTANA

O R D E R

Pursuant to Rule 2A of the Rules for Lawyer Disciplinary Enforcement, the non-attorney members of the Commission on Practice are appointed by the Court. Patricia DeVries, a non-attorney member, has resigned.

The Court thanks Ms. DeVries for her service to the Commission, the Court, and the people of Montana.

IT IS ORDERED that Troy McGee is hereby appointed to replace Patricia DeVries, as a non-attorney member, for a term ending August 31, 2023.

The Clerk is directed to mail a copy of this Order to the Secretary of State of the State of Montana for filing, to the State Bar of Montana, to Patricia DeVries, to Troy McGee, to each member of the Commission on Practice, and to Shelly Smith, Office Administrator for the Commission on Practice.

Dated this 15 day of February, 2022.

_____
Chief Justice

_____

_____

FILED

FEB 1 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices

2